**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-6816**

———————————

NICHOLAS WARNER JONES, a/k/a Charles Jones,

                                        Plaintiff - Appellant,

        versus

OFFICER SHOY,

                                        Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge.
(CA-02-3079-L)

———————————

Submitted:  July 10, 2003          Decided:  July 17, 2003

———————————

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Nicholas Warner Jones, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Glenn William Bell, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nicholas Warner Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jones v. Shoy, No. CA-02-3079-L (D. Md. May 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED